UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. |
| | ) | |
| One Silver 2006 Cadillac STS-V, | ) | JURY TRIAL REQUESTED |
| VIN #1G6DX67D760192568, bearing NH temporary | ) | |
| Registration #2113176, in the name of Nicole Roskos, | ) | |
| | ) | |
| Defendant *in rem.* | ) | |
| _____ | ) | |

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*, FOR PROPERTY WITHIN THE GOVERNMENT'S POSSESSION, CUSTODY OR CONTROL PURSUANT TO SUPPLEMENTAL RULE G

Plaintiff, United States of America, brings this Complaint in accord with Supplemental

Rule G(2) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset

Forfeiture Actions, and alleges as follows:

## NATURE OF THE ACTION

This is an action to forfeit and condemn to the use and benefit of the United States of

America the captioned defendant *in rem*, for violations of 21 U.S.C. § 881(a)(6).

## JURISDICTION AND VENUE

The Court has jurisdiction over this action pursuant to 21 U.S.C. §§ 1345 and 1355.

Venue is proper in this district pursuant to 28 U.S.C. §§ 1395 and 1355(b)(1).

## THE DEFENDANT *IN REM*

The defendant *in rem* consists of the following property: One Silver 2006 Cadillac

STS-V, VIN #1G6DX67D760192568, bearing NH temporary registration #2113176, in the name

of Nicole Roskos.  The defendant *in rem* is currently in the custody of the NH State Police.

## FACTS

1.  On March 3, 2018, Nicole Roskos pleaded guilty to an indictment, which included a count charging her with Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances, in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846.  The Court sentenced Roskos on June 11, 2018.  *United States v. Nicole Roskos*, No. 1:17-cr-00156-JL, U.S.D.C., D.N.H.

2.  The conspiracy began no later than June 2017 and continued until her arrest on September 12, 2017.

3.  When police arrested Roskos, they found her and her companion in possession of 511.8 grams of fentanyl.

4.  Roskos bought the defendant *in rem* on August 14, 2017 with a $10,000 cash down payment, and a second payment of $3,800 that was due on September 11, 2017.

5.  During the dates of the drug conspiracy, Roskos worked at Vitex Extrusion, LLC ("Vitex"), and earned $3,079.31.  Prior to Roskos' employment at Vitex, she was unemployed for about four months, and supported herself by selling controlled drugs.  Roskos' intermittent employment at low wages cannot explain her purchase of the defendant *in rem* with legitimate means.

6.  On February 27, 2018, in the presence of her attorney, Roskos signed a Voluntary Forfeiture Form, agreeing to forfeit the defendant *in rem*.

## CLAIM FOR FORFEITURE

7.  The allegations contained in paragraphs 1 through 6 of this Verified Complaint for Forfeiture *in Rem* are incorporated by reference.

8.  Title 21, United States Code, Section 881(a)(6) subjects to forfeiture "all moneys …
or other things of value furnished or intended to be furnished by any person in exchange for a
controlled substance or … all proceeds traceable to such an exchange and all moneys … used or
intended to be used to facilitate any violation of" the Controlled Substances Act.

9.      The defendant *in rem* Silver 2006 Cadillac STS-V, VIN #1G6DX67D760192568,
bearing NH temporary registration #2113176, in the name of Nicole Roskos, was furnished or
intended to be furnished in exchange for a controlled substance, in violation of the Controlled
Substances Act, 21 U.S.C. § 801, et seq., or represents proceeds traceable to such exchanges, or
money used or intended to be used to facilitate violations of the Act.  As a result, the defendant
*in rem* Silver 2006 Cadillac STS-V, VIN #1G6DX67D760192568, bearing NH temporary
registration #2113176, in the name of Nicole Roskos, is liable to condemnation and forfeiture to
the United States for its use, in accordance with 21 U.S.C. § 881(a)(6).

Therefore, the United States requests that:

(a)      the Clerk of Court issue a Warrant of Arrest *in Rem*, in the form submitted with
this Verified Complaint, to the United States Marshal for the District of New Hampshire,
commanding him to arrest the defendant *in rem*;

(b)      this matter be scheduled for a jury trial;

(c)      judgment be entered against the defendant *in rem*;

(d)      the defendant *in rem* be disposed of according to law; and

(e)      this Court grant the United States its costs and whatever other relief to which it
may be entitled.

3

Respectfully submitted,

SCOTT W. MURRAY
United States Attorney

Dated:  March 1, 2019                    By:   /s/ Robert J. Rabuck
                                               Robert J. Rabuck
                                               NH Bar # 2087
                                               Assistant U.S. Attorney
                                               District of New Hampshire
                                               53 Pleasant Street
                                               Concord, New Hampshire
                                               603-225-1552
                                               rob.rabuck@usdoj.gov

### **VERIFICATION**

I, Steven D. Tarr, being duly sworn, depose and say that I am a Task Force Officer with the United States Drug Enforcement Agency, and as such have responsibility for the within action, that I have read the contents of the foregoing Verified Complaint for Forfeiture *in rem* and know the contents therein, and that the same is true to the best of my knowledge, information and belief.

The sources of my information and the grounds of my belief are official records and files of the United States and the State of New Hampshire, and information obtained by me and other law enforcement officers during an investigation of alleged violations of the controlled substances laws of the State of New Hampshire and of the United States.

/s/ Steven D. Tarr
Steven D. Tarr

STATE OF NEW HAMPSHIRE
COUNTY OF MERRIMACK

Subscribed and sworn to before me this 22nd day of February 2019.

/s/ Francine Doucette Conrad
Notary Public

My commission expires:  April 23, 2019

JS 44-A
JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a)  PLAINTIFFS
United States of America

**DEFENDANTS**

One Silver 2006 Cadillac STS-V, VIN #1G6DX67D760192568, NH temporary registration #2113176, in the name of Nicole Roskos

**(b)**  County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Merrimack
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)**  Attorneys *(Firm Name, Address, and Telephone Number)*
Robert J. Rabuck, AUSA
53 Pleasant Street, 4th Floor
Concord, NH  03301/603-225-1552

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
Plaintiff

☐ 3   Federal Question
*(U.S. Government Not a Party)*

☐ 2   U.S. Government
Defendant

☐ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                         *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☒ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 375 False Claims Act<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act<br>☐ 896 Arbitration |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | **LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act<br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | **FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |

## V.  ORIGIN *(Place an "X" in One Box Only)*

☒ 1   Original Proceeding
☐ 2   Removed from State Court
☐ 3   Remanded from Appellate Court
☐ 4   Reinstated or Reopened
☐ 5   Transferred from Another District *(specify)*
☐ 6   Multidistrict Litigation

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
21 U.S.C. Section 881(a)(6)
Brief description of cause:
Civil asset forfeiture of personal property

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
03/01/2019

SIGNATURE OF ATTORNEY OF RECORD
/s/ Robert J. Rabuck, AUSA

## VIX.  JNL CONFLICT

**Does JNL have a conflict presiding on this case?**   ☐ Yes   ☒ No

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     Civil No. |
| | ) |
| One Silver 2006 Cadillac STS-V, | ) |
| VIN #1G6DX67D760192568, bearing NH temporary | ) |
| Registration #2113176, in the name of Nicole Roskos, | ) |
| | ) |
| Defendant *in rem.* | ) |
| _____ | ) |

**SUMMONS AND WARRANT OF ARREST *IN REM*
FOR ISSUANCE BY THE CLERK OF COURT FOR PROPERTY
WITHIN THE GOVERNMENT'S POSSESSION, CUSTODY OR CONTROL
<u>PURSUANT TO SUPPLEMENTAL RULE G(3)(b)(i)</u>**

     To the United States Marshal or any duly authorized Federal Law Enforcement Officer

for the District of New Hampshire:

     Pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Certain Admiralty and

Maritime Claims, a Verified Complaint for Forfeiture *in rem* has been filed on March 1, 2019, in

the U.S. District Court for the District of New Hampshire, alleging that the following property is

subject to forfeiture to the United States on the following grounds: One Silver 2006 Cadillac

STS-V, VIN #1G6DX67D760192568, bearing NH temporary registration #2113176, in the name

of Nicole Roskos, was furnished or intended to be furnished in exchange for a controlled

substance, in violation of the Controlled Substances Act, 21 U.S.C. § 801, <u>et</u> <u>seq</u>., or represents

proceeds traceable to such exchanges, or money used or intended to be used to facilitate

violations of the Act, and therefore liable to condemnation and forfeiture to the United States

pursuant to 21 U.S.C. § 881(a)(6).

YOU ARE, THEREFORE, COMMANDED to seize the captioned defendant *in rem* item of personal property, and use discretion and whatever means appropriate to protect and maintain the property pending the outcome of this action;

IT IS FURTHER ORDERED that the United States Marshal shall maintain custody of the defendant *in rem* item of personal property until further order of this Court, and shall use his discretion and whatever means appropriate to protect and maintain said defendant *in rem*;

IT IS FURTHER ORDERED that the United States shall serve upon all potential claimants to the defendant *in rem*, a copy of this Summons and Warrant of Arrest in Rem, and the Verified Complaint for Forfeiture in Rem, in a manner consistent with the principles of service of process in an action in rem under Supplemental Rule G and other Supplemental Rules for Certain Admiralty and Maritime Claims and Title 18, United States Code, Section 983(a);

IT IS FURTHER ORDERED that a return of this Summons and Warrant of Arrest in Rem shall be promptly made to the Court, identifying the individuals upon whom copies were served and the manner employed; and

IT IS FURTHER ORDERED that all persons claiming an interest in or right against the defendants *in rem* shall file their Verified Claim within thirty-five (35) days after the date on which they were sent the Notice of Complaint or no later than sixty (60) days after the first day of publication on an official internet government forfeiture site, whichever is earlier, or within such additional time as the Court may allow, pursuant to Title 18, United States Code, Section 983(a)(4) and Rule G(4)(b)(ii)(B) of the Supplemental Rules for Certain Admiralty and Maritime Claims, and shall serve and file their Answer to the Complaint within twenty-one (21) days after the filing of their Verified Claims, pursuant to Rule G(4)(b)(ii)(C) of the Supplemental Rules for Certain Admiralty and Maritime Claims, with the Office of the Clerk, United States District

Court for the District of New Hampshire, with a copy sent to Assistant United States Attorney

Robert J. Rabuck, United States Attorney's Office, District of New Hampshire, James Cleveland

Federal Building, 53 Pleasant Street, Concord, NH 03301.

Dated:

_____

Daniel J. Lynch, Clerk of Court